IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| THEODORE J. CASTINE, | : | CIV. NO. 24-515 (RMB) |
| Petitioner | : | **MEMORANDUM OPINION** |
| v. | : | |
| RACHEL THOMPSON, Warden FCI Fort Dix, | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about January 29, 2024, Petitioner Theodore J. Castine, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking application of earned Time Credits under the First Step Act ("FSA Time Credits"). (Pet., Dkt. No. 1.) The Court ordered Respondent to file an answer to the petition. (Order, Dkt. No. 2.)

2. Respondent filed an answer to the petition on April 8, 2024, opposing relief because Petitioner was ineligible to earn FSA Time Credits due to his conviction under 18 U.S.C. § 2251(a). (Dkt. No. 4.) Petitioner filed a reply brief on May 2, 2024. (Dkt. No. 5.)

3. On August 12, 2024, Respondent filed a letter brief, recommending dismissal of the petition as moot because the Bureau of Prisons ("BOP") released Petitioner from custody on July 2024, via good time credits. (Declaration of Christina Clark, Ex. 1, Dkt. No. 7-1.)

4. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

5. The petition no longer presents a live case or controversy. Therefore, the Court will dismiss this matter as moot.

An accompanying Order follows.

DATE: **August 27, 2024**

                                                s/Renée Marie Bumb
                                                **RENÉE MARIE BUMB**
                                                **Chief United States District Judge**